IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CV-224-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MISCELLANEOUS PERSONAL PROPERTY SEIZED FROM YORDANIS BATISTA AND DAILEIVEYS GALLARDO; AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 6th day of February, 2015.

_____
Julia Richards Johnston, Clerk